# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                CASE NO.  07-12141-WSS-13

     PAULINE RUFFIN

        DEBTOR

### TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

JOHN C. MCALEER III, TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

Based on the Trustee's calculation, payments need to **INCREASE** from **$349.00** per month to **$439.00** per month.

WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$439.00** per month.

DATED:  August 17, 2009                          /s/  JOHN C. MCALEER III, TRUSTEE
                                                _____
                                                JOHN C. MCALEER III, TRUSTEE
                                                CHAPTER 13 TRUSTEE

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 20 (twenty) days of service of this motion.  If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion.  If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 1, 201 St. Louis Street, Mobile, AL  36602 on 09/30/2009 at  8:30 am.

---

### CERTIFICATE OF SERVICE

I certify that on August 17, 2009, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| UNITED STATES | PAULINE RUFFIN | STEPHEN L. KLIMJACK, LLC |
|---|---|---|
| BANKRUPCY CLERK | 2058 S. MCVAY DR | 1306 GOVERNMENT STREET |
| | MOBILE, AL  36605 | MOBILE, AL  36604 |

/s/  JOHN C. MCALEER III, TRUSTEE
_____
JOHN C. MCALEER III, TRUSTEE
CHAPTER 13 TRUSTEE